# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No:   05-76877 |
| QUINTIN NEAL SPEAKMAN | |
| DEBRA ANN SPEAKMAN | Judge:   C KATHRYN PRESTON |
| 2094 CASE RD | |
| COLUMBUS, OH  43224 | |

SSN(S):    XXX-XX-8237
                  XXX-XX-2188

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   June 21, 2010

/s/ Frank M. Pees
Frank M. Pees
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| NEW ALBANY SURGICAL HOSPITAL<br>7333 SMITHS MILL RD<br>NEW ALBANY, OH  43054 | 0.02 |